**Order entered September 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01005-CR

**GEORGE A. GILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-85204-2015**

## ORDER

Before the Court is appellant's August 29, 2018 motion for extension of time to file his brief. A review of this appeal shows appellant was found guilty in Plano Municipal Court of violating a City of Plano Ordinance and was assessed a $266 fine. Appellant filed an appeal in Collin County Court at Law No. 7. On July 31, 2018, that court affirmed the municipal court's judgment. On August 29, 2018, appellant filed a timely notice of appeal in this Court. That same day, he filed a motion for extension of time to file his brief.

The clerk's record is due September 29, 2018. The government code provides that the record and briefs on appeal to the county court "constitute the record and briefs on appeal" to this Court and shall be filed directly with this Court. TEX. GOV'T CODE ANN. § 30.00027(b) (West Supp. 2017). We may not consider briefs in a municipal appeal other than those filed in

the county court. *See Arias v. State*, 477 S.W.3d 925, 927 (Tex. App.–Houston [14th Dist.] 2015, no pet.) (in appeal from municipal court, the record and briefs from the appeal to the county court constitute the record and briefs at court of appeals); *Brooks v. State*, 226 S.W.3d 607, 609 n.3 (Tex. App.–Houston [1st Dist.] 2007, no pet.) (court would not consider briefs filed in appellate court because briefs in county criminal court constitute briefs in court of appeals). We therefore **DENY** appellant's August 29, 2018 motion.

/s/     CRAIG STODDART
        JUSTICE